Jeffrey S. Behar, Esq., Bar No. 81565
jbehar@fwhb.com
Tina I. Mangarpan, Esq., Bar No. 117898
tmangarpan@fwhb.com
Katherine M. Harwood, Esq., Bar No. 225202
kharwood@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500; (562) 983-2555 Fax

Donald P. Gagliardi, Esq., Bar No. 138979
dgagliardi@fwhb.com
FORD WALKER HAGGERTY & BEHAR
16450 Los Gatos Blvd., Suite 110
Los Gatos CA 95032
(408) 883-9683; (408) 660-3105 Fax

Attorneys for Defendant,
**AMERICAN AIRLINES, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERIC THEOLONIUS DEVINE,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC. and DOES 1 TO 100,<br><br>  Defendants, | Case No.<br><br>Underlying Case No. 22CV005994 (Alameda County Superior Court)<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) DIVERSITY**<br><br>[CIVIL COVER SHEET; CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT CONCURRENTLY HEREWITH]<br><br>DEMAND FOR JURY TRIAL |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant, AMERICAN AIRLINES, INC. hereby removes to this Court the state court action described below.

1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) DIVERSITY

1. On January 25, 2022 an action was commenced in the Superior Court of the State of California, County of Alameda entitled ERIC THEOLONIUS DEVINE vs. AMERICAN AIRLINES, INC. and Does 1 to 10, inclusive, Defendants, as Case Number 22CV005994. A true and correct copy of the Complaint is attached as Exhibit A.

2. On January 31, 2022 the Complaint was served on AMERICAN AIRLINES, INC. through CT Corporation. A true and correct copy of Service of Process Transmittal is attached as Exhibit B.

3. On January 31, 2022 the Superior Court of California, County of Alameda Dispute Resolution (ADR) Information Packet was served on AMERICAN AIRLINES, INC. through CT Corporation. A true and correct copy is attached as Exhibit C.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because plaintiff has alleged various damages including but not limited to special damages, general damages, are alleged in the Complaint to be in the sum of $94,748.00 against Defendant.

5. Defendant is informed and believes that Plaintiff ERIC THEOLONIUS DEVINE was, and still is, a resident of the State of California as set forth in his Complaint. Defendant, AMERICAN AIRLINES, INC., was, at the time of the filing of this action, and still is, a corporation organized and existing under the laws of Delaware with its principal place of business in Fort Worth, Texas.

6. There are no other named defendants to Defendant's knowledge that have been served with the summons and complaint. The defendants identified as "Does 1 through 10" in Plaintiff's Complaint are merely fictitious parties against whom no cause of action can be validly alleged.

7. This notice is filed within thirty (30) days after Defendant's initial notice of this action.

8. Following the filing of this notice with this Court, written notice of the filing of same will be provided to all attorneys of record, as required by law.

9. Following the filing of this notice with this Court, a true and correct copy of same will be filed with the Clerk of the Superior Court of the State of California, County of Alameda as required by law. A copy of the prepared Notice to Plaintiff of Removal of Action to Federal Court is attached hereto and incorporated herein by reference as Exhibit "D".

10. Attached as Exhibit "A,", "B" and "C" to this notice are true and legible copies of all process, pleadings, orders and other papers or exhibits of every kind on file in the Superior Court of the State of California, County of Alameda in the possession of Defendant.

11. No previous application for relief sought herein has been made to this Court or any other Court.

12. Defendant, AMERICAN AIRLINES, INC., pursuant to United States District Court, Northern District of California Civil Local Rules, Rule 3-6 (a), hereby requests a jury trial.

Dated: February 28, 2022

                              FORD, WALKER, HAGGERTY & BEHAR

                       BY: */s/ Tina I. Mangarpan*
                          JEFFREY S. BEHAR, ESQ.
                          TINA I. MANGARPAN, ESQ.
                          KATHERINE M. HARWOOD, ESQ.
                          DONALD P. GAGLIARDI, ESQ.
                          Attorneys for Defendant,
                          **AMERICAN AIRLINES, INC.**