EXHIBIT "A"

#1504H

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
American Airlines, Inc.; and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Eric Theolonius Devine

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California
County of Alameda
01/25/2022
Chad Finke, Executive Officer / Clerk of the Court
By: _____ X. Bowie _____ Deputy

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* Alameda Superior Court <br> 1225 Fallon Street <br> Oakland, CA 94612 | **CASE NUMBER:** *(Número del Caso):* <br> **22CV005994** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael Martinovsky, Esq. 1925 Francisco Blvd E Suite 17 San Rafael, CA 94901; (415)230-5360

| DATE: <br> *(Fecha)* 1/24/2022 01/25/2022 Chad Finke, Executive Officer / Clerk of the Court | Clerk, by <br> *(Secretario)* X. Bowie | , Deputy <br> *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served


[SEAL]
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* American Airlines, Inc.
   under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

THE LAW OFFICES OF MICHAEL MARTINOVSKY, P.C.
MICHAEL MARTINOVSKY, ESQ. (SBN 242594)
1925 Francisco Boulevard East, Suite 17
San Rafael, CA 94901
Phone: 415-230-5360
Fax: 415-230-5361
Email: michael@martinovskylaw.com

Attorney for Plaintiff ERIC THEOLONIUS DEVINE

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
**01/25/2022 at 08:59:44 AM**
By: Xian-xii Bowie, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| ERIC THEOLONIUS DEVINE, | CASE NO.  22CV005994 |
| Plaintiff, | COMPLAINT FOR DAMAGES |
| v. | |
| AMERICAN AIRLINES, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff ERIC THEOLONIUS DEVINE (hereafter "Plaintiff") alleges as follows:

1.      Plaintiff is an individual who is, and at all times herein mentioned was, a resident of California.

2.      Defendant AMERICAN AIRLINES, INC. (hereafter "AA") is, and at all times mentioned in this Complaint was, an entity incorporated in Delaware, headquartered in Texas, and conducting business in and under the laws of the State of California as a common carrier of persons for reward.

3.      Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 10, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will seek leave to amend this Complaint to allege their true names and capacities when ascertained.

4.      Plaintiff is informed and believes and thereon alleges that each of the

1

1 fictitiously named Defendants is responsible in some manner for the occurrences herein alleged
2 and that Plaintiff's injuries as herein alleged were proximately caused by the acts and
3 omissions of these Defendants.

4       5.      Plaintiff is informed and believes, and thereon alleges, that each and every one
5 of the acts and omissions alleged herein were performed by, and/or attributable to, all
6 Defendants, each acting as agents and/or employees, and/or under the direction and control of,
7 each of the other Defendants, and that said acts and failures to act were within the course and
8 scope of said agency, employment and/or direction and control.

9       6.      Plaintiff is informed and believes and thereon alleges that each of the
10 Defendants is jointly and severally responsible for the occurrences herein alleged and that
11 Plaintiff's injuries herein alleged were directly and proximately caused by the aforementioned
12 Defendants.

13       7.      The Superior Court of the State of California has jurisdiction over this matter.
14 Plaintiff is a resident and citizen of, and is domiciled in, the State of California. The contract
15 alleged herein was entered into in California. One or more Defendants regularly does business
16 in the State of California. Relief is being sought against Defendants AA and DOES 1 through
17 10, inclusive, whose violations of California laws form a significant basis for Plaintiff's claims.
18 No federal question is at issue because the claims are based solely on California law.

19       8.      Venue is proper in this judicial district and the County of Alameda, California,
20 because Plaintiff entered into a contract with Defendants AA and DOES 1 through 10,
21 inclusive, in the County of Alameda, California, and because Defendant AA regularly does
22 business in the County of Alameda, California.

23       9.      On or before January 31, 2020, a written contract was entered into between
24 Plaintiff and Defendants AA and DOES 1 through 10, inclusive, when Plaintiff in Alameda
25 County, California, made an online purchase of a passenger ticket offered by said Defendants
26 for airline transportation on January 31, 2020, from Houston, Texas, to Miami, Florida (the
27 "Ticket") through which Plaintiff and Defendants AA and DOES 1 through 10, inclusive,
28 entered into a contract for the conditions of carriage by said Defendants (the "Contract").

10.     On January 31, 2020, Plaintiff, in accordance with his ticket, was a passenger on an airplane owned, operated, maintained, and controlled by Defendants AA and DOES 1 through 10, inclusive, that left from Houston, Texas, with a destination of Miami, Florida (hereafter, "the Airplane").

11.     On January 31, 2020, Defendants AA and DOES 1 through 10, inclusive, through their agents and employees, had exclusive control and management of the Airplane, its aisles, lavatory, galley, and oven door.

12.     On January 31, 2020, after Plaintiff boarded the Airplane, and before Plaintiff departed from the Airplane, a hot oven door was open and extending into an aisle accessible to Plaintiff who, upon exiting a lavatory came into contact with the oven door.

13.     On or about January 31, 2020, Plaintiff suffered injuries as a result of contact with the Airplane's hot and open oven door including, but not limited to, severely burning his left arm, infection, and pain, the need for reconstructive skin surgery, restricted movement, and significant permanent scarring.

## FIRST CAUSE OF ACTION
## NEGLIGENCE
### Against Defendants AMERICAN AIRLINES, INC., and DOES 1 through 10

14.     Plaintiff incorporates each and every allegation contained in paragraphs 1 through 13, above, as though set forth fully herein.

15.     At all times relevant herein, Defendants AA and DOES 1 through 10, and each of them, owed a duty as an air common carrier of passengers for reward to use the utmost care and diligence of a very cautious person for passenger safety, to provide everything necessary for that purpose, and to exercise a reasonable degree of skill, including but not limited to a duty to service, inspect, and maintain equipment.

16.     On January 31, 2020, Defendants AA and DOES 1 through 10, and each of them, breached their duty of utmost care to Plaintiff when they so carelessly and negligently owned, operated, maintained, and controlled the Airplane that after Plaintiff boarded the Airplane, and before Plaintiff departed from the Airplane, a hot and open oven door came into contact with Plaintiff's left arm.

3

17.     As a direct and proximate result of the breach of duty by Defendants AA and DOES 1 through 10, inclusive, Plaintiff was severely burned, as hereinabove described.

18.     Plaintiff's damages are such that in the ordinary course of things they would not have occurred if said Defendants AA and DOES 1 through 10, inclusive, had exercised utmost care in the operation, maintenance, and control of the Airplane, including but not limited to the oven door.

19.     As a further direct and proximate result of the conduct of Defendants AA and DOES 1 through 10, and each of them, as herein alleged, Plaintiff was injured in his health, strength, and activity, suffering shock and injury to nervous system and person, including but not limited to anxiety, pain and suffering, and other incidental injuries, all of which injuries have caused and continue to cause Plaintiff great mental, physical, and nervous pain and suffering. Plaintiff is informed and believes and thereon alleges that these injuries will result in some permanent scarring to him.

20.     As a further proximate result of the conduct of Defendants AA and DOES 1 through 10, and each of them, as herein alleged, and of their agents and employees, Plaintiff was required to and did employ medical providers for examination, treatment, and care of his injuries and did incur medical and incidental expenses, which amount will be proven at trial.

21.     As a further proximate result of the conduct of Defendants AA and DOES 1 through 10, inclusive, as herein alleged, and of their agents and employees, Plaintiff will continue to incur medical and related expenses, the full amount of which is not now known but which amount will be proven at trial.

22.     As a further proximate result of the conduct of Defendants AA and DOES 1 through 10, inclusive, as herein alleged, and of their agents and employees, Plaintiff was prevented from attending to his usual occupation for a period of  time, and thereby lost earnings in the amount of $83,333.33.

WHEREFORE, Plaintiff prays for damages as set forth below.

**SECOND CAUSE OF ACTION**
**NEGLIGENCE PER SE - California Civil Code § 2100**
**Against Defendants AMERICAN AIRLINES, INC., and DOES 1 through 10**

4

1      23.    Plaintiff incorporates each and every allegation contained in paragraphs 1
2  through 22, above, as though set forth fully herein.

3      24.    Defendants AA and DOES 1 through 10, inclusive, at all times relevant in this
4  Complaint, was a "Common Carrier" as defined by California Civil Code § 2168.

5      25.    On January 31, 2020, Defendants AA and DOES 1 through 10, inclusive, had a
6  duty as a Common Carrier for reward under California law to use the utmost care and diligence
7  for the safe carriage of passengers, to provide everything necessary for that purpose, and to
8  exercise to that end a reasonable degree of skill.

9      26.    On January 31, 2020, in violation of California Civil Code § 2100, Defendants
10 AA and DOES 1 through 10, inclusive, failed to exercise its duty of utmost care and diligence
11 for Plaintiff's safe carriage, failed to provide everything necessary for that purpose, failed to
12 exercise a reasonable degree of skill to provide everything necessary for that purpose, and
13 failed to do all that human care, vigilance, and foresight reasonably could do under the
14 circumstances to avoid harm to passengers when it left a hot oven door open and extending
15 into in an aisle accessible to passengers on the Airplane.

16     27.    The violation of California Civil Code § 2100 by Defendants AA and DOES 1
17 through 10, inclusive, was a substantial factor in causing Plaintiff's harm.

18     28.    Plaintiff harm suffered harm of the kind the statute was intended to prevent.

19     29.    As a further direct and proximate result of the conduct of Defendants AA and
20 DOES 1 through 10, and each of them, as herein alleged, Plaintiff was injured in his health,
21 strength, and activity, suffering shock and injury to nervous system and person, including but not
22 limited to anxiety, pain and suffering, and other incidental injuries, all of which injuries have
23 caused and continue to cause Plaintiff great mental, physical, and nervous pain and suffering.
24 Plaintiff is informed and believes and thereon alleges that these injuries will result in some
25 permanent scarring to him.

26     30.    As a further proximate result of the conduct of Defendants AA and DOES 1
27 through 10, and each of them, as herein alleged, and of their agents and employees, Plaintiff was
28 required to and did employ medical providers for examination, treatment, and care of his injuries

1 | and did incur medical and incidental expenses, which amount will be proven at trial.

2 |     31.    As a further proximate result of the conduct of Defendants AA and DOES 1

3 | through 10, inclusive, as herein alleged, and of their agents and employees, Plaintiff will

4 | continue to incur medical and related expenses, the full amount of which is not now known but

5 | which amount will be proven at trial.

6 |     32.    As a further proximate result of the conduct of Defendants AA and DOES 1

7 | through 10, inclusive, as herein alleged, and of their agents and employees, Plaintiff was

8 | prevented from attending to his usual occupation for a period of time, and thereby lost

9 | earnings in the amount of $83,333.33.WHEREFORE, Plaintiff prays for damages as set forth

10 | below.

**THIRD CAUSE OF ACTION**
**BREACH OF CONTRACT**
**Against Defendants AMERICAN AIRLINES, INC., and DOES 1 through 10**

33.    Plaintiff incorporates each and every allegation contained in paragraphs 1 through 13, above, as though set forth fully herein.

34.    On or about January 31, 2020, Plaintiff entered into a written contract with Defendants AA and DOES 1 through 10, inclusive, for the safe carriage of Plaintiff on the Airplane by said Defendants. Attached hereto and incorporated herein as Exhibit A is a true and correct copy of the Ticket. Also, attached hereto and incorporated herein as Exhibit B is a true and correct copy of the Contract. Plaintiff is not in possession of the Contract prior to its 2022 revision but will seek leave to amend this Complaint when he obtains a copy of the 2020 conditions of carriage from Defendants AA and DOES 1 through 10, inclusive.

35.    Among other things under the Contract, Defendants AA and DOES 1 through 10, inclusive, agreed that the carriage of Plaintiff was to be performed by Defendants AA and DOES 1 through 10, inclusive, with safety as its highest priority.

36.    Plaintiff has fully performed under the Contract and has complied with the conditions and provisions of the Contract.

37.    On or about January 31, 2020, Defendants AA and DOES 1 through 10, inclusive, breached the Contract when they failed to maintain safe aisle area for Plaintiff to exit

6

the lavatory, when they failed to ensure that the oven door in a closed position when Plaintiff exited the lavatory, and when they failed to protect Plaintiff from contact with a hot and open oven door.

38.   By reason of the breaches of Defendants AA and DOES 1 through 10, inclusive, Plaintiff has been damaged in the sum of $94,748.99.

39.   The Contract carries a provision for attorney's fees for the prevailing party, and Plaintiff seeks his attorney's fees.

WHEREFORE, Plaintiff prays for damages as follows:

1.   For the amount of $94,748.99;

2.   For general damages;

3.   For compensatory damages;

4.   For special damages;

5.   For attorney's fees;

6.   For interest as allowed by law;

7.   For costs of suit herein incurred; and

8.   For such other and further relief as the court may deem proper.

January 24, 2022          THE LAW OFFICES OF MICHAEL MARTINOVSKY, P.C.


_____

MICHAEL MARTINOVSKY
Attorney for Plaintiff ERIC THEOLONIUS DEVINE

7

# EXHIBIT A

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

**AMERICAN AIRLINES**

AMERICAN AIRLINES
BOARDING PASS

31JAN20

NAME OF PASSENGER NOT TRANSFERABLE

**DEVINE/ERIC T**

HOUSTON GEO BUS    DEVINE/ERIC T

**HOUSTON GEO BUSH** AA 1614 I 31JAN1248P

**HOUSTON GEO BUSH**
**MIAMI INTERNTNL**

**MIAMI INTERNTNL**

AMERICAN AIRLINES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

AA 1614  I  31JAN1248P

\*    BOARDING PASS    \*
\*  DOORS CLOSE 10 MIN PRIOR TO DEPARTURE  \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**GROUP 1**

SEAT 1B

A26   1213P      NO

**PRIORITY FIRST**

1B

**GROUP**

00127702516516

1 001 7439862620 1

LK3  /IAH

STAPLE HERE

Do not expose to excessive heat or direct sunlight.

PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP., DALLAS TX

# EXHIBIT B

 merican Airlines

PLAN TRAVEL   TRAVEL INFORMATION   ADVANTAGE®



Home  >  Legal, privacy & copyright  >  Conditions of carriage

# Conditions of carriage

Updated January 13, 2022

# The contract between you, the passenger, and us, American Airlines

At American Airlines, we fly over borders – across the country and the world – to connect people and communities. Providing this service and making the world a smaller, more inclusive place, is a huge part of who we are.

Flying with American »

The transportation of passengers and bags provided by American Airlines is subject to the terms of these Conditions of Carriage, in addition to any:

Terms printed on any ticket, ticket jacket or ticket receipt

Published fare rules; and

Applicable tariffs filed by American Airlines in accordance with U.S. Department of Transportation regulations.

These terms, fare rules, and tariffs are incorporated herein by reference and constitute part of your agreement with American Airlines.

American Airlines General Rules of the International Tariff 🗗

## You

Passenger responsibilities »

Children traveling »

Customers with special needs »

## Your flight

Check-in and arrival »

Changes to schedules / operations »

Events beyond our control »

Oversold flights »

Delays, cancellations and diversions »

## Your ticket, bags & refunds

Baggage »

Baggage liability (domestic flights) »

Liability for international flights »

Ticket types and refunds »

Ticket validity »

## Contact us

Good or bad, we want to hear from you. Please contact us with your comments, concerns and feedback. Our Customer Relations team is here for you and will respond promptly.

Call Customer Relations: 682-278-9000

Email Customer Relations »

itter

) Contract details

) The words we use

# ou

a passenger, you're required to act in way that's consistent with ensuring the safety of everyone on board. This includes mplying with the laws and travel requirements of the countries we fly to, from or over. Traveling can be stressful, and we preciate your patience and courtesy for other passengers and American Airlines team members.

) Passenger responsibilities

) Children traveling

) Customers with special needs

# our flight

len it comes to checking in and arriving at the airport, earlier is better. Give yourself extra time if you're checking bags or traveli ernationally.

fore you head to the airport, you can check for travel alerts that impact the cities in your trip and get flight status information like tes and times.

avel alerts »

t flight status information »

wnload the American Airlines app to get real time updates about your travel.

lerican Airlines app »

) Check-in and arrival

) Our responsibilities when there are schedule / operations changes

) Events beyond our control (Force Majeure)

) Oversold flights

) Delays, cancellations and diversions

# our ticket, bags and refunds

) Baggage

) Baggage liability (domestic flights)

) Liability for international flights

) Ticket types and refunds

) Ticket validity

# ou may also like...

istomer service and contingency plans »

ntact American »

iggage »

) Back to top

## elp

ntact American

ceipts and refunds

Qs

ency reference

rgo 

## About American

About us

We're hiring! Join our team

Investor relations

Newsroom

Legal, privacy, copyright

## Extras

Business programs

Gift cards

American Airlines credit card

Trip insurance

Earn 50,000 bonus miles.
Terms apply.

**Buy**Miles
Save up to 35% through
January 31

ns ·

nditions of carriage

governance

Combating human trafficking

Browser compatibility

Web accessibility

Up to 35% savings
plus AAdvantage® miles

Link opens in new window. Site may not meet accessibility guidelines. AA.com®




ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address):*

Michael Martinovsky, Esq. (SBN 242594)
1925 Francisco Blvd E Suite 17
San Rafael, CA 94901

TELEPHONE NO.: (415)230-5360     FAX NO. *(Optional):*  (415)230-5361
ATTORNEY FOR *(Name):* Plaintiff Eric Theolonius

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA
BRANCH NAME: Civil

**FOR COURT USE ONLY**

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
01/25/2022 at 08:59:44 AM
By: Xian-xii Bowie, Deputy Clerk

CASE NAME:
Eric Theolonius Devine v. American Airlines, Inc.; and DOES 1 through 10, inclusive

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [x] **Unlimited** (Amount demanded exceeds $25,000)   [ ] **Limited** (Amount demanded is $25,000) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 22CV005994 |
| | | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[x] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* Negligence, Negligence Per Se, Breach of Contract
5. This case [ ] is [x] is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 1/24/2022

Michael Martinovsky, Esq
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10