# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC THEOLONIUS DEVINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN AIRLINES, INC. AND DOES 1 TO 100<br><br>　　　　Defendant. | Case No. 4:22-cv-01237-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>Dkt. No. 15 |

Pending before the Court is defendant's motion to dismiss. (Dkt. 15.) A response from plaintiff was due on May 3, 2022 and no opposition was filed. The Court will interpret the lack of a response as a concession that the motion is well-taken and should be granted if an opposition is not filed by Friday, May 13, 2022. If an opposition is filed, defendant shall respond within seven days thereafter.

**IT IS SO ORDERED.**

Dated: May 10, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE